# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Wednesday, October 29, 2025**                       **Hearing Room**    **302**

**9:30 AM**
**6:25-17096**  Daniel Elisea                                               **Chapter 13**

**#13.00**  Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate

**ST**

Docket  12

**Matter Notes:**

GRANTED: _____  DENIED: ___✓___

APO: _____

CONT'D. TO: _____

WITHDRAWN: _____

ORDER LODGED BY: _debtor's counsel_

**Tentative Ruling:**

DENY. Debtor did not provide 21 days notice. The motion is also denied on the merits due to insufficient evidence.

This is a FINAL RULING and no hearing will be conducted. If a need for a hearing arises, please contact chambers.

| Party Information |
|---|

**Debtor(s):**

Daniel Elisea                               Represented By
                                                   Amanda G. Billyard

**Movant(s):**

Daniel Elisea                               Represented By
                                                   Amanda G. Billyard